**UNITED STATES FIDELITY & GUAR-
ANTY COMPANY, Appellant,**

v.

**Robert W. TARKINGTON et al.**

**No. 15101.**

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1954.

Robert S. Lindsey and Wright, Harrison, Lindsey & Upton, Little Rock, Ark., for appellant.

Joseph Morrison, Stuttgart, Ark., Joe P. Melton, Lenoke, Ark., J. Phillip Carroll, Little Rock, Ark., Rose, Meek, House, Barron & Nash, Little Rock, Ark., J. B. Reed, Lenoke, Ark., and Lawrence B. Burrow, Jr., Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.

---

**Anna BENSON et al., Appellants,**

v.

**Hannah ANDERSON.**

**No. 15095.**

United States Court of Appeals
Eighth Circuit.

Sept. 9, 1954.

Raymond M. Crossman, Thomas C. Quinlan, Omaha, Neb., and Harvey R. Ellenberger, Tekamah, Neb., for appellants.

Edward A. Mullery, Yale C. Holland and John A. McKenzie, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice at appellants' costs, on stipulation of parties.

**Joe Doyle BANNING, Petitioner-
Appellant,**

v.

**UNITED STATES of America.**

**No. 15171.**

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1954.

Joe Doyle Banning, pro se.

PER CURIAM.

Petitions to proceed in forma pauperis denied in all respects, etc.

---

**John Otis SPAIN, Jr., Appellant,**

v.

**UNITED STATES of America.**

**No. 15169.**

United States Court of Appeals
Eighth Circuit.

Sept. 9, 1954.

Clyde S. Cahill, Jr., St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.